

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00113-CV

| | | |
|---|---|---|
| STEVEN DENNY, Appellant | § | On Appeal from the 251st District Court |
| V. | § | of Potter County (109,616-C-CV) |
| | § | April 30, 2020 |
| THE HONORABLE LAWRENCE M. 'LARRY' DOSS, JUSTICE, 7TH COURT OF APPEALS, PLACE 4, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Steven Denny must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr